## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | Docket No: 3:02CR226 (RNC) |
| NABEEL NAZAR : | |

### **ORDER**

      This cause having come before this Court for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of the defendant's special assessment, entered on January 10, 2003 in this cause; and the Court being advised in the premises is of the opinion that the petition is well taken and the defendant's special assessment is hereby remitted.

      SO ORDERED.

      Dated this _____ day of _____, 2006 at Hartford, Connecticut.


_____
HONORABLE ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE