UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2006 JUN 22  P 12: 10

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | Docket No: 3:02CR226 (RNC) |
| NABEEL NAZAR : | |

**ORDER**

This cause having come before this Court for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of the defendant's special assessment, entered on January 10, 2003 in this cause; and the Court being advised in the premises is of the opinion that the petition is well taken and the defendant's special assessment is hereby remitted.

SO ORDERED.

Dated this  22  day of  June , 2006 at Hartford, Connecticut.

HONORABLE ROBERT N. CHATIGNY
CHIEF UNITED STATES DISTRICT JUDGE